Larry **SYNCLAIR**, Sr., individually and as a parent of Larry Synclair, Jr., a minor, Plaintiff–Appellant,

v.

**COUNTY OF FRESNO; et al.,** Defendants–Appellees.

No. 03–16910.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 6, 2004.*

Decided Dec. 14, 2004.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

396

William F. Mar, Jr., Esq., Fresno County Counsel, Fresno, CA, for Defendant–Appellee.

Before: GOODWIN, WALLACE, and TROTT, Circuit Judges.

MEMORANDUM **

Larry Synclair Sr. appeals pro se the district court's order dismissing, for lack of subject matter jurisdiction, his 42 U.S.C. § 1983 action alleging that officials of the County of Fresno violated his constitutional rights. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo. *Bianchi v. Rylaarsdam,* 334 F.3d 895, 898 (9th Cir.2003). We affirm.

The district court properly dismissed Synclair's claims based on the *Rooker–Feldman* doctrine because to grant him the requested relief, the federal court would have to rule on the constitutionality of the county officials' actions which are "inextricably intertwined" with the validity of a state court order. *See Bianchi,* 334 F.3d at 898–90.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).